No. 88–7188.  TOWNSEND v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 88–1546.  PACIFIC MUTUAL LIFE INSURANCE CO. ET AL. v. TURNBOW.  Sup. Ct. Nev.  Motions of UNUM Life Insurance Co., Association of California Life Insurance Cos., and Merchants and Manufacturers Association for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 88–1628.  MILKEN ET AL. v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 2d Cir.  Motions of Class Action Plaintiffs in Boesky Litigation et al. and Arden Way Associates et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 88–1651.  REDMAN v. CLARK.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 88–6723.  NIXON v. MISSISSIPPI.  Sup. Ct. Miss.; and
No. 88–6791.  GENTRY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.